# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RONALD HOSSLER AND VICKIE J. HOSSLER,

        Petitioners

        v.

ARMSTRONG WORLD INDUSTRIES, INC., AND BRENNTAG NORTHEAST, INC.,

        Respondents

: No. 659 MAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.